# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERWIN-WILLIAMS COMPANY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-4517** |
| **v.** | : | |
| | : | |
| **COUNTY OF DELAWARE,** | : | |
| **PENNSYLVANIA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 4th day of October 2019, upon consideration of Defendants' *motion to dismiss*, [ECF 14], Plaintiff's opposition thereto, [ECF 18], Defendants' reply, [ECF 20], Defendants' notice of supplemental authority, [ECF 21], Plaintiff's response thereto, [ECF 22], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and this matter is dismissed for lack of subject-matter jurisdiction.

The Clerk of Court is directed to mark this matter closed.

                                              **BY THE COURT:**

                                              */s/ Nitza I. Quiñones Alejandro*
                                              **NITZA I. QUIÑONES ALEJANDRO**
                                              *Judge, United States District Court*